IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RANDY PRESSLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:12-cv-408-TMH |
| ) | [wo] |
| ANDY HUGHES, *et al.*, ) | |
| Defendants. ) | |

**OPINION and ORDER**

On May 8, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. 4). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is hereby DISMISSED without prejudice prior to service of process in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(ii). A Judgment in favor of the Defendants shall be forthcoming.

DONE this 31st day of May, 2012.

　　　　　　　　　　　　　　　　　/s/ Truman M. Hobbs
　　　　　　　　　　　　　　　　TRUMAN M. HOBBS
　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE