IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RANDY PRESSLEY,                    )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )     CASE NO.  1:12-cv-408-TMH
                                   )     [wo]
ANDY HUGHES, *et al.*,             )
        Defendants.                )

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this

case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of

the Defendants and against the Petitioner, and that this action be and is hereby dismissed

without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as

a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 31st day of May, 2012.

                        _____/s/ Truman M. Hobbs_____
                        TRUMAN M. HOBBS
                        SENIOR UNITED STATES DISTRICT JUDGE